AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 08, 2016*

David J. Bradley, Clerk of Court

United States of America
v.
JEBEDIAH DISHMAN

Case No. **H 16-1654M**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/17/2014-11/8/2016  in the county of  Harris and elsewhere  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(c) and (e) | Engaging in illicit sexual conduct in foreign places, and attempting to do so. |

This criminal complaint is based on these facts:
See affidavit of FBI Special Agent Robert J. Guerra

☑ Continued on the attached sheet.

*Complainant's signature*

Robert J. Guerra, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/08/2016

*Judge's signature*

City and state:  Houston, Texas     Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Robert J. Guerra, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since November 2005 and am currently assigned to the Houston Division of the FBI. I am currently investigating federal criminal violations concerning "child sex tourism" (*i.e.*, engaging in illicit sexual conduct with a minor in a foreign place), the sexual exploitation of children, and child pornography. As part of my daily duties, I investigate criminal violations relating to child exploitation and child pornography including and have participated in the execution of numerous search warrants and arrest warrants involving these offenses. In the course of my employment with the FBI, I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2. As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, facts related to me by other law enforcement officers, and my conversations with other law enforcement officers who have engaged in numerous investigations involving child exploitation and child pornography. I also received information from private citizens as noted herein.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 2423(c) and (e), which makes a crime for a United States citizen who travels in foreign commerce or resides, temporarily or permanently, in a foreign country, from engaging in illicit sexual conduct with another person, or attempting to do so, has been committed by JEBEDIAH DISHMAN.

5. Title 18, United States Code, Section 2423(f) defines[1] "illicit sexual conduct" as (1) a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States;[2] or (2) any commercial sex act (as defined in section 1591) with a person under 18 years of age.[3]

6. On February 24, 2015, an Australian citizen civilian, who will be referred to by her initials, S.F., contacted United States Consular Agent Joseph Curtain ("CA Curtain") and informed him that she and her companion had met a United States citizen who had allegedly molested children at a resort near Maumere, Flores, Indonesia.[4] She told CA Curtain that the man was named Jebediah Dishman ("Dishman"). According to CA Curtain, S.F. told him that the

---

[1] This is the definition of illicit sexual conduct in February 2015, at the time of the offense.

[2] The term "sexual act" includes "the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person." 18 U.S.C. § 2246(2)(D).

[3] The term "commercial sex act" means "any sex act, on account of which anything of value is given to or received by any person." 18 U.S.C. § 1591(e)(3).

[4] Maumere is a coastal city on the Indonesian island of Flores in the province of East Nusa Tenggara.

man had fled, supposedly to Bali, but that she had kept the man's tablet and that the tablet had "porno pictures" on it.

7.   On February 26, 2015, United States Consulate Security Service SA James Cabansag twice interviewed S.F. and her companion about her encounters with Dishman. One interview occurred over the phone, but that interview was terminated because the connection was poor. The second interview with S.F. took place at the U.S. Consular Agency in Bali, Indonesia. SA Cabansag participated via telephone and video conference.[5] S.F. also made allegations to Australian law enforcement around this same time. Based on a review of SA Cabansag's reports, as well as a report by Australian law enforcement, S.F. relayed the following:

   a.   S.F. stated that she and her partner had been staying for about two weeks at Sunset Cottages, a resort situated about thirty kilometers from Maumere. They met Dishman on or about February 21, 2015, the day that Dishman arrived at the resort. In their conversations with Dishman, they learned he was born in Kansas but had lived all over the United States. Dishman told them that he had been residing in Panama for the last fourteen years. S.F. stated that she believed, based on the way Dishman was greeted by the owner of the resort, that Dishman had stayed there previously.

   b.   S.F. reported that, on or about February 22, 2015, at the resort restaurant at breakfast time, she observed Dishman sitting at a table watching a three-year-old girl playing. S.F. reported that the girl had earlier been playing naked but had changed into a short dress with no underwear. S.F. observed Dishman begin a conversation with the girl. He then encouraged the girl to come to his table by giving her candies. At this point, S.F.

---

[5] SA Cabansag is stationed in Surabaya, Indonesia, not Bali, which is why he was required to participate remotely.

observed Dishman take photographs up the child's skirt with his Nexus tablet. She reported that she saw photographs of the girl and other Indonesian children on the tablet. S.F. immediately informed the girl's family member(s)[6] (who S.F. learned were German national(s)) about the incident. Apparently, the family member(s) initially did not believe the allegations. The German family member(s) later called S.F., however, and told her that they had spoken to the little girl, who had told them that Dishman had touched her "pipi" or "wee wee"[7] and played with his penis in front of her until "white stuff" came out of it.

    c.    Following this incident, S.F. reported that she kept Dishman under close observation. S.F. reported that, on or about February 23, 2015, S.F. and her companion were walking on the beach back to their hut when they saw Dishman standing on his veranda, waving a wad of money and motioning for three Indonesian boys to come into his hut. While speaking with the children, he appeared to be rubbing his penis. Once Dishman saw S.F. and her companion watching him, however, he told the boys to go away. S.F. and her companion spoke with the children after observing this and then removed them from the area. S.F. continued to watch Dishman from her hut and observed Dishman looking at children and masturbating. Later that day, at lunch, S.F. saw Dishman sneak off into the woods to a hut where two Indonesian children were having lunch. He called to them and apparently tried to grab one of the boys. S.F. and her companion again removed the children.

---

[6] There is a discrepancy among the various reports about whether S.F. told the child's parents or told the child's grandfather. The child's parents, however, later reported the incident to German law enforcement.

[7] There is a discrepancy among the various reports about whether the girl said "pipi" or "wee wee." Both are understood to be references to the child's genital area.

      d.     S.F. reported that, at that point, she and her companion went to the owners of the resort and told them to keep children away from Dishman. The owners did not seem to understand the problem.

      e.     S.F. reported that, later that afternoon, she and her companion confronted Dishman at his bungalow. During this confrontation, S.F. slapped Dishman and called him a "dirty pedophile." S.F. and her partner reportedly grabbed his backpack and told him to leave the resort. S.F. took Dishman's Nexus tablet and told him that she had seen photos of nude children on it and was going to give it to the police. Dishman packed his bags and departed. S.F. reported that she had obtained from hotels in the area information indicating Dishman departed Flores on the first flight to Bali on February 24, 2015. S.F. reported that she had tried to go to the local police, but she had had difficulty because the police did not understand English. Once the police seemingly understood what was going on, though, they did not appear to want to take any action. S.F. also said the owners of the resort did not want to make a complaint or file charges.

      f.     S.F. and her companion told SA Cabansag they would give their contact information to CA Curtain and would be willing to testify about this case in the future.

8.     On February 26, 2015, SA Cabansag contacted Australian Federal Police Officer McTiernan ("AFP McTiernan"), who informed him that S.F. had also contacted AFP McTiernan about Dishman. AFP McTiernan told SA Cabansag that he would take possession of Dishman's tablet from S.F. and would try to get his Bali police contacts to take a statement from S.F. and her companion.

9.     On February 27, 2015, AFP McTiernan told SA Cabansag that the Bali police would not take a statement from S.F. because the incident had occurred in a different Indonesian

province. AFP McTiernan reported that the Bali Police Cyber Crimes Unit would, however, attempt to examine Dishman's tablet. AFP McTiernan also reported to SA Cabansag that he had contacted the German Embassy and was told that the family of the three-year-old German girl had reported the incident to the German Embassy in Jakarta, Indonesia.

10. On May 11, 2015, Police Liaison Officer Mike Grundmeier from the German Embassy in Jakarta, Indonesia, informed SA Cabansag that the parents of the three-year-old German girl had reported the incident to the local police in Berlin as well.

11. According to a review of the translated Berlin police reports, the mother of the German girl, A.G., reported the following:

    a. The German family stayed at the Sunset Cottages resort in Maumere, Indonesia in late February 2015. The German girl was approximately 3 ½ years-old at this time.

    b. An American male, later identified as DISHMAN, gave candies to the girl as she ran back and forth from their bungalow to the bamboo bungalow (a common area of the resort).

    c. After learning that an Australian tourist observed DISHMAN touching her daughter, A.G. spoke to her daughter about the incident. The child stated that the man had a hole in his pants, opened the zipper of his pants in front of her, and pulled out his penis. After asking her more questions, the child denied that he touched her.

    d. A.G. spoke to her daughter again and asked if the man really had not touched her. The child responded that he had. She then lifted her dress and showed her mother her vaginal area. She told her mother that the man had put a finger in her vagina

and that it hurt her. A.G. further reported that the child said "white milk" had come out of the man's penis.

  e.  A.G. described the man as about 5 feet 7 inches tall, short grey hair, slim build, and about 45-50 years old. She was shown a photograph of DISHMAN and identified him as the man involved in these incidents.

12. A check of U.S. border crossing records found that a seventy year old man named JEBEDIAH DISHMAN, had made multiple trips in and out of the U.S. in the past three years. DISHMAN'S most recent international flight from the U.S. prior to the incidents in question was from Los Angeles, CA, to Taipei, Taiwan, on September 17, 2014. On this occasion Dishman used U.S. Passport number 503174081, which indicates that he is a citizen of the United States. Dishman's most recent international flight from the U.S. following the incidents in question was from New York, NY, to Panama City, Panama, on March 3, 2015. On this trip, Dishman again used U.S. Passport number 503174081.

13. A check of Internet social media sites revealed a Facebook page for one "Jeb Dishman." In his Facebook profile, Dishman describes himself as single and lists that he lives on a small island in the Caribbean. Dishman is also a member of four Facebook groups that begin with the word "Bocas" which is believed to refers to Bocas del Toro Archipelago, a group of islands in the Caribbean Sea in northwest Panama. Dishman made a Facebook post dated December 3, 2010, in which he indicated that he lives in a remote area of Panama. Dishman also made a post dated October 14, 2014, indicating that he was traveling for six months to parts of Asia including Cambodia. A records check with a commercially available database showed that Dishman appears to currently own a residence in Fredonia, KS, and that a 94 year old woman, E.D., lives at that residence.

14. After determining the suspect was a United States citizen, foreign law enforcement provided the tablet to the FBI. On October 9, 2015, United States Magistrate Judge J. Mark Coulson, in the District of Maryland authorized the search of the Black Asus Nexus Tablet, serial number K008090KBC293639, seized by S.F. from DISHMAN during the aforementioned confrontation in Maurmere, Indonesia.

15. A forensic examination of this tablet revealed the following:

   a. A series of 22 images and 2 videos of an approximately 4-year-old girl was recovered from the tablet. Based on my training and experience, and my review of these images and videos, approximately half of these files constitute child pornography (*i.e.,* lascivious exhibition of the genitals or pubic area). Based on EXIF data and other date information associated with the files, these images and videos were produced with the tablet's camera on or about February 21, 2015.

   b. The images and videos depict the female child sitting outside on the bench of a picnic table and she is not wearing any underpants under her short sundress. In approximately seven images, the female child is sitting on the bench with her body facing the camera, her face is either cut off or not visible because the images only depict her from the neck/chest area down, her knees are pulled up so that her feet are resting on the bench, and her knees are positioned apart so that her nude genitals and pubic area are both visible and the focal point of the images. In approximately four images, the female child is sitting on the bench with her body facing the camera, her face is either cut off or not visible because the images only depict her from the neck/chest area down, her legs are spread wide apart with her feet in the air, and her genital and pubic area, which is barely covered by the dress, is the focal point of the images. In approximately five

images, the female child is sitting on the bench with her body facing the camera, she has one knee pulled up so that one foot is resting on the bench and her other foot is on or near the ground, and her clothed genital and pubic area is visible. In the two short videos, the female child is sitting on the bench with her legs spread apart and the focal point of the videos is generally her genital and pubic area, which is covered by her dress. S.F.

    c.    With the exception of one non-child pornography image of the child, all of the files in this series were no longer accessible to the tablet user because they were recovered either in the cache of the operating system's program used to view images and videos, or in deleted, unallocated space.

    d.    Additionally, hundreds of images of other female children were found in deleted, unallocated space on the tablet, including child pornography images depicting the lascivious exhibition of the genitals. Most of these images depict female children wearing skimpy lingerie where the focal point of the images is their genital and pubic area. The tablet user appears to have obtained these images from websites and/or other sources.

    e.    The forensic examination also revealed a number of Google and YouTube search terms related to child pornography and about engaging in commercial sex acts with children in Asia. These terms were entered by the user of the tablet, including the following on the dates specified:

| Search Term | Search Engine | Date |
| --- | --- | --- |
| child prostitution cambodia | YouTube | 10/28/2014 |
| pattaya child prostitution | YouTube | 10/28/2014 |
| vietnam child prostitution | YouTube | 10/28/2014 |
| bangladesh child prostitution | YouTube | 10/28/2014 |

| | | |
|---|---|---|
| sihanoukville child prostitution | YouTube | 10/28/2014 |
| current number one child prostitution destination | Google | 10/29/2014 |
| sri lanka underage sex | Google | 10/29/2014 |
| child prostitution indonesia | Google | 12/18/2014 |
| underage prostitutes indonesia | Google | 12/18/2014 |
| underage prostitutes indonesia bata | Google | 12/18/2014 |
| underage prostitutes indonesia bali | Google | 12/18/2014 |
| female childlove | Google | 12/20/2014 |
| viet nam child prostitution | Google | 12/23/2014 |
| sapa viet nam child prostitution | Google | 12/23/2014 |
| child prostitution sumba island | Google | 12/31/2014 |
| west timor child prostitution | Google | 12/31/2014 |
| west timor child prostitution | Google | 1/28/2015 |
| west timor child prostitution | Google | 1/29/2015 |
| child prostitution | Google | 2/19/2015 |
| child prostitution indonesia | Google | 2/19/2015 |
| underage prostitutes indonesia | Google | 2/19/2015 |
| underage prostitutes indonesia bata | Google | 2/19/2015 |
| underage prostitutes indonesia bali | Google | 2/19/2015 |
| female childlove | Google | 2/19/2015 |
| viet nam child prostitution | Google | 2/19/2015 |
| sapa viet nam child prostitution | Google | 2/19/2015 |
| child prostitution cambodia | YouTube | 2/19/2015 |
| burma prostitution | YouTube | 2/19/2015 |
| pattaya child prostitution | YouTube | 2/19/2015 |
| vietnam child prostitution | YouTube | 2/19/2015 |
| bangladesh child prostitution | YouTube | 2/19/2015 |
| young laos girls | YouTube | 2/19/2015 |

| | | |
|---|---|---|
| tiny girls masterbating | YouTube | 2/19/2015 |
| sexy little girls | YouTube | 2/19/2015 |
| sihanoukville child prostitution | YouTube | 2/19/2015 |
| child prostitution sumba island | Google | 2/19/2015 |
| west timor child prostitution | Google | 2/19/2015 |
| how to find child porn | Google | 2/19/2015 |

      f.      A review of the tablet's internet browsing history revealed that the tablet user visited websites that addressed prostitution issues and news. For example, on 12/18/2014, the tablet user visited answers.yahoo.com and the title of the page was "Was child prostitution considered acceptable in Indonesian culture, like eating a dog was?" On the same day, the tablet user visited a Wikipedia page regarding prostitution in Indonesia, a website page regarding "[t]he most famous Localization Prostitution in Indonesia," a website page regarding countries and their prostitution policies, and a website page containing a story regarding the child prostitution arrests of individuals in Bali, Indonesia.

      g.      The tablet user also visited websites containing "erotic" stories regarding child sexual exploitation. For example, on 1/11/2015, the tablet user visited a website page regarding "Lesbian Pedo Erotic Stories," and an online stories archive to view a story regarding a babysitter engaging in sexual activity with an 8-year-old boy, which is still available on the website.

      h.      On 2/19/2015, the tablet user visited a website, which is a child pornography website based on a current review, and appears to have purchased access to child pornography. On the same day, the tablet user visited various pages of a nudism website that based on a current review contains nude images of approximately 6 to 9-

year-old girls wearing body paint, and an approximately 9-year-old girl modeling nude underwater.

16. On October 21, 2016, SA Douglas MacFarlane interviewed S.F. in her home in Two Rocks, Western Australia. Prior to the interview, S.F. reviewed three previous reports of interviews in February and May 2015 with the Bureau of Diplomatic Security and confirmed their accuracy. S.F. provided the following additional information:

a. She observed DISHMAN spying on the German family, particularly focusing on the three year-old girl. S.F. stated that DISHMAN could not sit still when he was near the German girl and described his behavior as similar to a wild animal stalking his prey.

b. One day while at the resort, the German family rented scooters and went out for the day. That same day, S.F. observed that DISHMAN was upset because he was supposed to go to a local primary school, but DISHMAN'S driver did not show up. DISHMAN told S.F. that he had planned to go to the school in order to see the children. DISHMAN told her that he previously photographed children singing and dancing. S.F. observed pictures of clothed and nude children on DISHMAN'S tablet.

c. Regarding the incident in the resort restaurant where DISHMAN was photographing the three year-old German girl, S.F. clarified that she saw DISHMAN putting candies on the bench near the girl in an apparent attempt to lure her closer to him. At one point, the girl inadvertently lifted up her dress and revealed that she was wearing no underwear. S.F. then saw DISHMAN put his hand near the girl's vagina. S.F. is not sure, but she believes that DISHMAN'S hand either touched the girl's vagina directly or moved her dress out of the way to allow him a better view of her vagina. It was at this

point where S.F. saw DISHMAN taking pictures of the girl with his tablet, both pictures of the girl's face and pictures of the girl's vagina.

    d.    S.F. stated that she did not interrupt DISHMAN at this moment, she was upset with herself for not reacting more, but explained that she "froze." S.F. became emotional during the interview and stated that she was a victim of sexual abuse as a child.

    e.    S.F. further clarified that the day after the German family left the resort, she and her companion observed DISHMAN waving a "wad of cash" to lure young boys into his hut. She estimated that these boys were between the ages of 7 to 10 years-old. The boys appeared to want DISHMAN'S money, but they all appeared to be scared.

    f.    S.F. described another incident involving the resort owners' children, who she identified by name. S.F. observed the children, approximately 8 years-old and 18 months respectively, wander into an empty hut at the resort. When S.F. went into the hut to check on the children, she observed somebody exit the hut quickly. S.F. believes it could have been DISHMAN. About an hour later, S.F. observed DISHMAN attempt to grab the 8 year-old child by the arm and screamed. She then observed DISHMAN bolt into the jungle and back to his hut.

    g.    S.F. discussed her concerns with her companion, R.J. and they decided to confront DISHMAN. S.F. said that R.J. told DISHMAN he had to pack up his stuff and leave. While DISHMAN packed his clothes into his backpack, S.F. found his Nexus tablet under his mattress and kept it (later providing it to law enforcement). During this confrontation, S.F. slapped DISHMAN two times across his face. After the first slap, S.F. told him "That's for the German girl!" After the second slap, S.F. told him "That's for all the other kids!" DISHMAN squealed and fell to his knees after the second slap. Other than

that, DISHMAN said absolutely nothing and did not react during this entire confrontation. Shortly after this, DISHMAN ran away.

      h.     After this incident R.J. (who is fluent in Bahasa, the predominant language spoken in Indonesia) told both resort owners what happened with DISHMAN. S.F. wanted to call the police immediately, but the resort owners did not want to do so. Later, however, the owners of the resort told S.F. that their son had reported to them that he had seen DISHMAN masturbating until "white stuff" came out of his penis.

      i.     S.F. tried to access DISHMAN'S tablet after taking it, but she couldn't get past DISHMAN'S password. S.F. kept DISHMAN'S tablet charged as it used a power cord that she had, which was compatible. S.F. later met with U.S. Consulate Officer Joseph Curtain and two Australian Federal Police Officers, and gave DISHMAN'S tablet to law enforcement officials.

      j.     SA Macfarlane showed S.F. a photograph depicting an approximately 3 year-old female, recovered in the forensic examination of the Nexus tablet, described in paragraph 15 above. S.F. recognized this girl as the German girl she referred to above at the resort and whose images are discussed in paragraph 15.

      k.     SA Macfarlane showed S.F. a photograph depicting an approximately 70 year-old male. S.F. recognized this man as Jebediah DISHMAN, the person she referred to above at the resort.

17.     On October 21, 2016, SA Douglas MacFarlane interviewed R.J. in the home he shares with S.F. in Two Rocks, Western Australia. R.J. corroborated much of what S.F. observed and stated in addition the following:

  a. R.J. observed that DISHMAN would hide behind trees at the resort in order to secretly watch children at the resort.

  b. R.J. saw DISHMAN waving large amounts of cash to multiple Indonesia boys (ages 10 and under) in an apparent attempt to entice the boys to go into DISHMAN'S bungalow with him.

  c. R.J. observed two of the resort owner's children, ages 18 months and 2 years playing in a hexagonal hut. R.J. observed DISHMAN sneaking up to the hut and watching the children inside.

  d. R.J. observed DISHMAN watch the young German girl intently, give her candies and take photographs of her.

  e. When R.J. confronted DISHMAN and told him to pack his stuff and leave, DISHMAN did not verbally react, he just walked away after S.F. slapped him twice.

 18. On October 26, 2016, FBI Assistant Legat/SA Nathanial Le interviewed E.S., the resort owner and mother to G.S. and aunt to F.S. at the Maumere police station in Indonesia. E.S. confirmed that DISHMAN stayed at the resort three separate times in 2015, but she no longer had the registrar book from that time period because it was damaged by water. E.S. observed the three year-old German girl playing naked near the restaurant and heard other guests saying that DISHMAN was getting close to the girl. E.S. then heard the German girl crying and saw her mother come get the child. She saw DISHMAN moving away from the German girl at this time.

 19. On October 27, 2016, FBI Child Forensic Interviewer Martha Finnegan, interviewed a 15 year old minor male, F.S., identified as the nephew of E.S. and the child S.F. observed interacting with DISHMAN in February 2015. Ms. Finnegan was assisted by two

Indonesian interpreters, one who spoke Bahasa and English and the other that spoke Bahasa and the local language of the village. This minor stated that on two occasions an adult male foreigner exposed his penis to him and his younger cousin, G.S., while they were fishing. On a third occasion, the adult male exposed his penis to him and his younger cousin while they were eating lunch. The child described DISHMAN's hand on his penis during these incidents, but did not pay attention to what his hand was doing. The child denied that DISHMAN ever gave them any gifts or money or touched them. The child said that when DISHMAN showed them his penis they were scared and ran away. The child was shown a photograph depicting an approximately 70 year-old male and recognized this man as Jebediah DISHMAN, the person he referred to as exposing his penis to the children.

20. On October 27, 2016, FBI Child Forensic Interviewer Martha Finnegan, interviewed a 4 year old minor male, G.S., identified as the son of E.S. and another child S.F. observed interacting with DISHMAN in February 2015. Ms. Finnegan was assisted by two Indonesian interpreters, one who spoke Bahasa and English and the other that spoke Bahasa and the local language of the village. This minor stated that he was with his older cousin, F.S., when a man on the beach showed his penis. This child did not identify DISHMAN in the photograph shown.

21.  Title 18 United States Code Section 3238 provides in pertinent part that the trial of all offenses begun or committed elsewhere out of the jurisdiction of any particular State or district, shall be in the district in which the offender is arrested or is first brought.

_____
Special Agent
Robert J. Guerra
Federal Bureau of Investigation

SWORN AND SUBSCRIBED BEFORE ME
THIS 8th DAY OF November 2016

_____
~~Nancy K. Johnson~~ Dena Palermo
United States Magistrate Judge